UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MILL STREET PARTNERS, LLC,              :
                     Plaintiff,              :
v.                                                     :       **ORDER**

CITY OF NEWBURGH, and MICHAEL G.     :       18 CV 5465 (VB)
CIARAVINO, individually,                    :
                     Defendants.           :
--------------------------------------------------------------x

       As discussed today at an on-the-record telephone conference, which counsel for all parties attended, it is HEREBY ORDERED:

       1.     For the reasons set forth on the record, defendants' motion to disqualify David J. Cooper, Esq., and the law firm of Zarin & Steinmetz is DENIED. (Doc. #51). The discovery stay (Doc. #55) is lifted.

       2.     The parties are instructed to file on the docket a proposed revised Civil Case Discovery Plan and Scheduling Order by **December 23, 2020**.

       3.     By **March 31, 2021**, counsel shall submit a joint letter discussing their efforts to settle this case and what, if anything, the Court may do to assist them.

       4.     A status conference is scheduled for **May 24, 2021, at 3:00 p.m.** At the time of the scheduled conference the parties shall use the following information to connect by telephone:

**Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662**
**Access Code: 1703567**

The Clerk is instructed to terminate the motion. (Doc. #51).

Dated: December 18, 2020
       White Plains, NY

                                                      SO ORDERED:

                                                      _____
                                                      Vincent L. Briccetti
                                                      United States District Judge