UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

MILL STREET PARTNERS, LLC,
                Plaintiff,

v.

CITY OF NEWBURGH, and MICHAEL G.
CIARAVINO, individually,
                Defendants.

-------------------------------------------------------------x

**ORDER**

18 CV 5465 (VB)

     As discussed at a telephone conference held today, at which counsel for all parties attended, it is HEREBY ORDERED:

    1.    A status conference is scheduled for **February 28, 2022, at 3:30 p.m.** At the time of the scheduled conference the parties shall use the following information to connect by telephone:

     **Dial-In Number:** **(888) 363-4749 (toll free) or (215) 446-3662;**

     **Access Code:** **1703567.**

Dated: November 22, 2021
       White Plains, NY

                    SO ORDERED:

                    Vincent L. Briccetti
                    United States District Judge